Kristine M. Akland
Center for Biological Diversity
P.O. Box 7274
Missoula, MT 59807
(406) 544-9863
kakland@biologicaldiversity.org

Andrea Zaccardi (*pro hac vice pending*)
Center for Biological Diversity
P.O. Box 469
Victor, ID 83455
(303) 854-7748
azaccardi@biologicaldiversity.org

Nicholas Arrivo (*pro hac vice pending*)
The Humane Society of the United States
1255 23rd St NW, Suite 450
Washington, DC 20037
(202) 961-9446
narrivo@humanesociety.org

*Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, THE HUMANE SOCIETY OF THE UNITED STATES, HUMANE SOCIETY LEGISLATIVE FUND, and SIERRA CLUB, <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. DEPARTMENT OF THE INTERIOR; DEB HAALAND, in her official capacity as Secretary of the United States Department of the Interior; <br><br> and | Civil No. 22-cv-00134-DWM <br><br> MOTION FOR *PRO HAC VICE* ADMISSION OF ATTORNEY NICHOLAS ARRIVO |

| | |
|---|---|
| U.S. FISH AND WILDLIFE SERVICE; MARTHA WILLIAMS, in her official capacity as Director of the U.S. Fish and Wildlife Service,<br><br>    Defendants. | |

Under Local Civil Rule 83.1(d), I, Kristine M. Akland, local counsel for Plaintiffs Center for Biological Diversity, the Humane Society of the United States, Humane Society Legislative Fund, and Sierra Club in the above-captioned matter, hereby respectfully move the Court to admit attorney Nicholas Arrivo *pro hac vice* as counsel for all plaintiffs in the above-captioned case. I am a member in good standing of the Bar of this Court. Mr. Arrivo's information is as follows:

    Nicholas Arrivo
    The Humane Society of the United States
    1255 23rd St NW, Suite 450
    Washington, DC 20037
    (202) 961-9446
    narrivo@humanesociety.org

Mr. Arrivo's declaration in support of this motion is attached hereto.

I shall participate actively in all phases of the case, including, but not limited, to attendance at depositions and court proceedings, preparation of briefs and discovery requests and responses, and all other activities to the extent necessary for local counsel to be prepared to go forward with the case at all times. I shall perform my duties as local counsel as required in Local Civil Rule 83.1(d)(2) & (d)(6).

Pursuant to Local Civil Rule 83.1(d)(4), the movant here need not comply with Local Civil Rule 7.1(c)(1) concerning other parties' positions.

Respectfully submitted this 9th day of August, 2022.

                                             */s/ Kristine M. Akland*
                                             Kristine M. Akland
                                             Center for Biological Diversity
                                             P.O. Box 7274
                                             Missoula, MT 59807
                                             (406) 544-9863
                                             kakland@biologicaldiversity.org