Kristine M. Akland
Center for Biological Diversity
P.O. Box 7274
Missoula, MT  59807
(406) 544-9863
kakland@biologicaldiversity.org

Andrea Zaccardi (*admitted pro hac vice*)
Center for Biological Diversity
P.O. Box 469
Victor, ID  83455
(303) 854-7748
azaccardi@biologicaldiversity.org

Nicholas Arrivo (*admitted pro hac vice*)
The Humane Society of the United States
1255 23rd St NW, Suite 450
Washington, DC 20037
(202) 961-9446
narrivo@humanesociety.org

*Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, THE HUMANE SOCIETY OF THE UNITED STATES, HUMANE SOCIETY LEGISLATIVE FUND, and SIERRA CLUB,<br><br>    Plaintiffs,<br><br>vs.<br><br>U.S. DEPARTMENT OF THE INTERIOR; DEB HAALAND, in her official capacity as Secretary of the United States Department of the Interior;<br><br>    and | Civil No. 22-cv-00134-DWM<br><br>ACKNOWLEDGEMENT OF ANDREA ZACCARDI FOR APPEARANCE PRO HAC VICE |

| | |
|---|---|
| U.S. FISH AND WILDLIFE SERVICE; MARTHA WILLIAMS, in her official capacity as Director of the U.S. Fish and Wildlife Service,<br><br>    Defendants. | |

I, Andrea Zaccardi, state and acknowledge that I have reviewed the order issued by this Court on August 12, 2022 (Dkt. No. 7) granting Plaintiffs' Motion to Permit Andrea Zaccardi to Appear Pro Hac Vice on Behalf of Plaintiffs in this case. Pursuant to that Order, I hereby accept and acknowledge admission in this case under the terms set forth in that Order.

Plaintiffs and I designate Plaintiffs' counsel Andrea Zaccardi as having the authority to make any and all decisions related to the administration of this case as the primary point of contact for the opposing party.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED August 17, 2022

                                                       */s/ Andrea Zaccardi*
                                                       Andrea Zaccardi (*admitted pro hac vice*)
                                                       Center for Biological Diversity
                                                       P.O. Box 469
                                                       Victor, ID  83455
                                                       (303) 854-7748
                                                       azaccardi@biologicaldiversity.org