IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, et al., <br><br> Defendants. | CV 22–134–M–DWM <br><br><br> ORDER |

The parties move for an extension of the December 14, 2022 deadline, (*see* Doc. 16), to file a joint proposed case management plan in this matter due to their engagement in settlement negotiations. Accordingly,

IT IS ORDERED that the December 14, 2022, deadline to file a joint proposed case management plan is VACATED and RESET for January 30, 2023.

DATED this 9th day of December, 2022.

_____
Donald W. Molloy, District Judge
United States District Court