IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>　　　　　Defendants. | CV 22–134–M–DWM<br><br><br>ORDER |

　　　The parties move for an extension of the January 30, 2023 deadline, (*see* Doc. 18), to file a joint proposed case management plan in this matter due to their engagement in settlement negotiations.  Accordingly,

　　　IT IS ORDERED that the January 30, 2023, deadline to file a joint proposed case management plan is VACATED and RESET for March 1, 2023.  **No further**

1

extensions of the deadline to file a joint proposed case management plan in this matter will be granted.

DATED this 27th day of January, 2023.

_____
Donald W. Molloy, District Judge
United States District Court