IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | CV 22–134–M–DWM |
| Plaintiffs, | |
| vs. | ORDER |
| UNITED STATES DEPARTMENT OF THE INTERIOR, et al., | |
| Defendants. | |

The parties move for a 60-day extension of the March 1, 2023 deadline, (*see* Doc. 20), to file a joint proposed case management plan in this matter due to their engagement in settlement negotiations. The parties have already moved for three continuances, (Docs. 14, 16, 18), all of which have been granted, (Docs. 15, 17, 19). In the latest Order, it was ordered that no further extensions would be granted. (Doc. 19.) However, because a tentative agreement has now been reached, a one-time exception will be allowed. Accordingly,

IT IS ORDERED the parties joint motion for a continuance (Doc. 20), is GRANTED in PART. The March 1, 2023, deadline to file a joint proposed case management plan is VACATED and RESET for March 31, 2023. **No further**

1

extensions of the deadline to file a joint proposed case management plan in this matter will be granted.

DATED this 29th day of February, 2023.

_____
Donald W. Molloy, District Judge
United States District Court