IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | CV 22–134–M–DWM |
| Plaintiffs, | |
| vs. | ORDER |
| UNITED STATES DEPARTMENT OF THE INTERIOR, et al., | |
| Defendants. | |

The parties having moved for approval and entry of a stipulated settlement agreement,

IT IS ORDERED as follows:

1. The parties' motion (Doc. 22) is GRANTED.

2. The parties' stipulated settlement agreement (Doc. 22-1) is ADOPTED.

3. The Court retains jurisdiction over enforcement of the parties' settlement agreement. *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994).

4. Defendants shall file a status report, as indicated in the settlement agreement, on or before June 30, 2023, and October 31, 2023.

5. The above-captioned cause is DISMISSED WITH PREJUDICE.

1

6. All pending motions are MOOT and all deadlines are VACATED.

DATED this 31st day of March, 2023.

_____

Donald W. Molloy, District Judge
United States District Court