IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | CV 22–134–M–DWM |
| Plaintiffs, | ORDER |
| vs. | |
| UNITED STATES DEPARTMENT OF THE INTERIOR, et al., | |
| Defendants. | |

The parties having filed a stipulated settlement agreement regarding attorneys' fees, expenses, and costs,

IT IS ORDERED that the settlement agreement (Doc. 24) is APPROVED.

DATED this 18th day of May, 2023.

_____
Donald W. Molloy, District Judge
United States District Court

1