TODD KIM, Assistant Attorney General
S. JAY GOVINDAN, Section Chief
MEREDITH L. FLAX, Deputy Section Chief
ASTRID STUTH CEVALLOS, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Benjamin Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-5751
Fax: (202) 305-0275
Email: astrid.cevallos@usdoj.gov

*Counsel for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF THE INTERIOR, et al., <br><br> Defendants. | No. 9:22-cv-00134-DWM <br><br> **FEDERAL DEFENDANTS' FIRST STATUS REPORT ON 12-MONTH FINDING** |

In response to the Court's March 31, 2023, Order, ECF 23, Federal Defendants provide this First Status Report regarding the U.S. Fish and Wildlife Service's ("Service") progress toward meeting the February 2, 2024, deadline to submit to the Office of the Federal Register a 12-month finding as to the listing of

1

a Northern Rocky Mountains ("NRM") distinct population segment ("DPS") or Western DPS of the gray wolf.

1. On April 27, 2023, the Service sent letters to States, federal agencies, and Indian Tribes within the Western United States, inviting them to share any new information on wolf populations, biology, threats, and management to inform the agency's status review.

2. The Service has continued to work on the Species Status Assessment Report for the Gray Wolf in the Western United States ("SSAR"), ensuring its analysis reflects the latest information on the gray wolf from the States within the Western United States. This SSAR will inform the 12-month finding for the gray wolf in the NRM DPS or Western DPS.

   a. Over the past several months, the Service has received the population counts or estimates for the 2022 calendar year from Washington, Oregon, Wyoming, and Idaho, and is analyzing and incorporating this information into the SSAR.

   b. The Service also continues to gather information about any changes or updates to state wolf management plans. For example, on June 5, 2023, the Service received the final version of Idaho's revised gray wolf management plan (Idaho Gray Wolf Management Plan 2023–2028). The Service is reviewing the contents of this management plan

and will update its analysis of the species' viability to reflect any substantive changes in the State's intended management regime.

    c.    The Service continues to stay abreast of the latest research developments on gray wolves within the Western United States and incorporate any relevant new findings into its analysis in the SSAR.

3.    The Service also continues to review and, as appropriate, incorporate information from the public into the SSAR. To date, the Service has received over 147,000 submissions in response to its request for information from the public. *See* 86 Fed. Reg. 51,857 (Sept. 17, 2021).

Dated: June 30, 2023           Respectfully submitted,

           TODD KIM, Assistant Attorney General
           S. JAY GOVINDAN, Section Chief
           MEREDITH L. FLAX, Deputy Section Chief

           */s/ Astrid Stuth Cevallos*
           ASTRID STUTH CEVALLOS, Trial Attorney
           United States Department of Justice
           Environment & Natural Resources Division
           Wildlife & Marine Resources Section
           Benjamin Franklin Station, P.O. Box 7611
           Washington, DC 20044-7611
           Tel: (202) 305-5751
           Fax: (202) 305-0275
           E-mail: astrid.cevallos@usdoj.gov

           *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed and served the foregoing with the Clerk of the Court for the United States District Court for the District of Montana using the CM/ECF system.

*/s/ Astrid Stuth Cevallos*
ASTRID STUTH CEVALLOS, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Benjamin Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-5751
Fax: (202) 305-0275
Email: Astrid.Cevallos@usdoj.gov

*Counsel for Defendants*